UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RICARDO BRYAN,**

    **Plaintiff,**

v.                                                                   CASE NO. 3:21cv17-MCR-MJF

**OKALOOSA COUNTY BOARD OF**
**COUNTY COMMISSIONERS, et al.,**

    **Defendants.**

_____/

**O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 30, 2021. ECF No. 12. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 12, is **ADOPTED** and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§1951€(2)(B)(i) and 1915A(b)(1) for maliciousness and abuse of the judicial process.

3. All pending motions are **DISMISSED** as MOOT.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 21st day of April 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**